IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.117.2.11

**ISP:** Verizon Fios
**Physical Location:** New Cumberland, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/17/2017 12:55:32 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 10/28/2017 20:44:13 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 07/08/2017 12:21:07 | 09889EBF7CDF9363654C0ACB2EC4A98317E3B44C | Luvv Me Tender |
| 07/08/2017 12:17:22 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 05/25/2017 23:53:48 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 04/15/2017 13:26:35 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

MPA100