Office of the Clerk
US District Court
MDPA
PO Box 983
Harrisburg, PA 17018

FILED
HARRISBURG, PA

OCT 26 2018

Per _____AAA_____
Deputy Clerk

RE: Malibu Media v. Michael Bede
Docket No.: 1:18-CV-00754-CCC

Dear Office of the Clerk:

    On October 1, 2018 I was served with an Amended Complaint regarding the above-referenced matter. After reviewing the documents, I immediately went online to search what to do. This is the first time I have ever had anything like this happen and was unsure of the next steps. I found an attorney out in CA who stated they have dealt with Malibu Media cases before and I reached out to them. It took several days to hear back but I was in constant contact via phone calls or e-mails trying to reach someone. I finally was able to talk with someone who requested to see the paperwork. After several days they finally reached back out and stated they would need a retainer of $2,750.00 in order to help. I am in no shape financially to do this. My wife recently lost her job and I work in the parts department for a car dealership. After informing the attorney of this, he stated to reach out to the attorney who signed the documents to let him know that over the last 6 months, I have not had more than $1,500 dollars in my bank account at any given time and that I did not have money for representation.

    I followed the attorney's instructions and sent an e-mail and multiple phone calls to the attorney listed on the documents. After many days I finally heard back, and he stated he was unfamiliar with my case and that he would look into and get back to me. I never heard back and had to call several more times and send an email before I finally heard back stating that they would take $9,000 to settle in a 10-day period.

    I am at a loss because I do not have this kind of money. I know I did not download these movies. I know this for fact because I do not own a computer. I have an old tablet that I use to surf the internet. I started doing research on this matter and I saw online that there have been more and more cases where Judges are ruling against these Complaints stating that an IP address is not sufficient. They could not prove that the person who was paying the internet bill was the one who downloaded the movies. I also called Verizon to confirm if the IP address listed on the Complaint belonged to me and if they ever received a subpoena requesting this information. They stated they never received a subpoena from anyone regarding any illegal downloading and stated multiple times that they could not confirm if this IP address ever belonged to me due to the fact they do not store past IP addresses in their system, that this would've had to be an active IP address. They also

Office of the Clerk
Date
Page 2

stated that IP addresses usually do not stay the same over an 8 month period (which is what the Complaint is stating). The paperwork states that these movies are from April 2017 until December 2017. Verizon also stated the IP addresses are constantly changed and re-assigned.

    I do not understand half of this legal document or how IT works but I reached out to another law firm yesterday to see if they would be able to work with me in taking payments (they have stated they have worked with these lawsuits regarding this company as well and have had many dismissed).

    Right now, I am trying very hard to do as the Court has asked by responding to the Complaint, but I am stuck. I do not want to settle on something that I did not do but I also do not have the money to have representation that is needed. I tried to do as much research as I can, and I can provide bank statements if that is required to show my financial situation. I am asking for either more time until I can get enough money for representation to get this case dismissed or to have you review this information and dismiss the case. Please let me know what you require from me.

Sincerely,


Michael Bede

Michael Bede
212 Oak Knoll Road
New Cumberland, PA 17070

HARRISBURG
PA 171
25 OCT '18
PM 2 L



NEOPOST
FIRST-CLASS
**$000.47**
10/25/2018 ZIP
042L14810375

**RECEIVED**
HARRISBURG PA
**OCT 26 2018**
PER _____
DEPUTY CLERK

Office of the Clerk
US District Court
MDPA
PO Box 983
Harrisburg, PA 17018



17108-098383

